UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20518-CIV-LENARD/WHITE

**WAYMON BISHOP**,

    Plaintiff,

vs.

**DEPARTMENT OF JUSTICE,**

    Defendant.

_____/

## ORDER ADOPTING REPORT OF MAGISTRATE JUDGE (D.E. 7) AND DISMISSING COMPLAINT (D.E. 1)

**THIS CAUSE** is before the Court on the Report and Recommendation of the Magistrate Judge ("Report," D.E. 5), issued on April 7, 2011, recommending that Plaintiff's Complaint be dismissed pursuant to 28 U.S.C. § 1915(e)(2)(b)(ii), as time barred. Plaintiff filed his Objections to the Magistrate Judge's Report ( D.E. 8) on April 27, 2011. After an independent review of the Report, the Objections, the Complaint and the record, the Court finds that Plaintiff's claims are indeed time-barred according to the Report's proper analysis of the statute of limitations for § 1983 claims. Plaintiff's Objections, claiming that the conduct complained of is ongoing do not persuade. Plaintiff has also moved for leave to amend the Complaint (D.E. 14).

Accordingly, it is **ORDERED AND ADJUDGED** that:

1. The Report of the Magistrate Judge (D.E. 7), issued on April 7, 2011, is **ADOPTED**;

2. Plaintiff's Complaint (D.E. 1), filed on February 15, 2011, is **DISMISSED**

without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(b)(ii), as time-barred.

3. Plaintiff is **GRANTED** leave to amend the complaint within thirty days of the date of this Order. Failure to amend the Complaint will result in the dismissal of this action.

4. All pending motions are **DENIED** as moot.

**DONE AND ORDERED** in Chambers at Miami, Florida this 15th day of September, 2011.

*Joan A. Lenard*
**JOAN A. LENARD**
**UNITED STATES DISTRICT JUDGE**